

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00417-CV

**IN THE INTEREST OF S.E.P. A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013 EM5-04455
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On June 20, 2018, the trial court signed a final order in this suit to modify the parent-child relationship. Appellant Mom timely filed a motion for new trial—which the trial court granted.

Later, the trial court set a hearing on temporary orders for August 30, 2018. On that date, the trial court held the hearing and signed the parties' agreement for temporary orders.

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Temporary orders in a suit affecting the parent-child relationship are not subject to interlocutory appeal, *Dancy v. Daggett*, 815 S.W.2d 548, 549 (Tex. 1991) (per curiam), and are not final orders subject to regular appeal, *In re Chester*, 357 S.W.3d 103, 106 (Tex. App.—San Antonio 2011, no pet.).

We ORDER Appellant to show cause to this court in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely file written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court